42136. FEDERAL LAND BANK OF COLUMBIA v. MARTIN.
(333 SE2d 370)

PER CURIAM.

On writ of certiorari to the Court of Appeals, *Martin v. Federal Land Bank of Columbia,* 173 Ga. App. 142 (325 SE2d 787) (1984), it is the judgment of this court that the holding of the Court of Appeals in this case be affirmed.

*Judgment affirmed. All the Justices concur.*

DECIDED JUNE 27, 1985 —
REHEARING DENIED JULY 23, 1985.

*Finestone & Cardon, Steven N. Margolin, Robert D. Wildstein,* for appellant.
*Robert S. Reeves,* for appellee.